**Opinion issued February 19, 2026**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-25-00623-CR**
_____

**YOBANI ISIDRO REYES MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Case No. 1857144**

---

**MEMORANDUM OPINION**

Appellant Yobani Isidro Reyes Martinez filed a notice of appeal from the trial court's judgment. On February 10, 2026, Martinez filed a motion to dismiss appeal, signed by both Martinez and his attorney, advising that Martinez does not wish to prosecute this appeal and requesting its dismissal.

We grant Martinez's motion to dismiss.  *See* TEX. R. APP. P. 42.2(a), 43.2(f).

We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.

Do not publish.   TEX. R. APP. P. 47.2(b).